**Opinion issued May 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00674-CV

————————————

**IN RE BARBARA J. STANFIELD, INDIVIDUALLY, AS A DIRECT-ACTION PLAINTIFF, AND DERIVATIVELY ON BEHALF OF INTERVENOR TIG TRANSPORTATION, LLC, Relator**

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Barbara J. Stanfield, Individually, as a direct-action plaintiff, and Derivatively, on behalf of Intervenor TIG Transportation, LLC, filed a petition for writ of mandamus, challenging (1) the trial court's September 20, 2021 order granting the motion to show authority filed by real party in interest, Timothy Cannon, Jr. and TIG Transportation, LLC; (2) the trial court's October 4, 2021 order

denying relator's motion for reconsideration of the September 20, 2021 order; and the trial court's two November 17, 2021 orders granting real party in interest leave to pay his attorney's fees and ordering payment to real party in interest his former weekly salary.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

---

[1] The underlying case is *Barbara J. Stanfield v. Timothy Cannon, Jr.*, cause number 2021-20472, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.